■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PASCAL, Appellant. [672 NYS2d 257] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered August 14, 1995, convicting him of

assault in the first degree, assault in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Malizia*, 62 NY2d 755, 757, *cert denied* 469 US 932), we find that it was legally sufficient to establish that the defendant slashed the complainant, a fellow high school student, across the face with a boxcutter, during a fight in the school cafeteria. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte*, 90 AD2d 80). The sentencing court did not improvidently exercise its discretion in denying youthful offender status to the defendant, considering the severity and permanence of the complainant's injuries (*see*, CPL 720.20 [1] [a]; *People v Wallace*, 246 AD2d 676; *People v Vera*, 206 AD2d 494; *People v Barr*, 168 AD2d 625).

The defendant's remaining contentions provide no basis for reversal. Santucci, J. P., Joy, Florio and McGinity, JJ., concur.